**FILED**

# UNITED STATES DISTRICT COURT

AUG 0 3 2020

for the

Western District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. DR-20-1424M-01, 02, 03 |
| Bibiana Ira ORTIZ (DOB: 05/15/1986) | ) | |
| Jimmie Troy PALMER III (DOB: 10/17/1990) | ) | |
| Joshua Ruben OLIVENCIA (DOB: 09/06/1990) | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 01, 2020_____ in the county of _____Val Verde_____ in the

_____Western_____ District of _____Texas_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 U.S. Code § 963 | Conspiracy to Import Controlled Substances  - Unlawfully, knowingly and intentionally, combine, conspire, confederate and agree with others, known and unknown, did cause to be imported a quantity of Methamphetamine, to wit 9.70 kilograms, a Schedule II Controlled Substance, into the United States from the Republic of Mexico. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Israel Borup, HSI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____08/03/2020_____

_____
*Judge's signature*

City and state: _____Del Rio, Texas_____

Victor Garcia, U.S. Magistrate Judge
_____
*Printed name and title*

## Attachment "A"

On August 01, 2020, at approximately 5:24 pm, Bibiana Ira ORTIZ was encountered at the Del Rio, Texas Port of Entry (POE) by United States Customs and Border Protection/Office of Field Operations (CBP/OFO) officers. ORTIZ was driving a gray 2020 Honda Civic (TXLP: NFP-2477). ORTIZ was seeking admission from the Republic of Mexico into the United States. At primary vehicle inspection, ORTIZ gave a negative oral declaration as to being in possession of narcotics, firearms, ammunition, or currency in excess of $10,000.00USD.

ORTIZ was referred to secondary vehicle inspection where CBP/OFO officers utilized vehicle scanning equipment on the Honda Civic. CBP/OFO officers then discovered anomalies located within the vehicle's door panels. Upon further inspection, CBP/OFO officers extracted sixteen (16) packages, wrapped in gray duct tape, from within all four (4) doors of the vehicle. A digital narcotic field test was conducted on the crystalline substance found within the packages which yielded positive results for the characteristics of methamphetamine. The combined total weight of the sixteen (16) packages of methamphetamine was 9.70 kilograms. Homeland Security Investigations, Del Rio, Texas (HSI Del Rio) special agents responded to investigate.

During a post-Miranda interview, ORTIZ admitted to her knowledge and involvement in the narcotic importation scheme. ORTIZ stated she travelled from Killeen, Texas to Piedras Negras, Coahuila, Mexico by direction of multiple co-conspirators in order to participate in a narcotic smuggling scheme. ORTIZ stated she was going to be paid $1,000.00 USD for her involvement in the smuggling event. Further investigation revealed additional co-conspirators were still in the Del Rio area.

A short time later, special agents conducted surveillance at the Hampton Inn hotel in Del Rio and located two (2) co-conspirators, Jimmie Troy PALMER III and David Ray COPLIN. Both PALMER III and COPLIN were taken into custody. When special agents first encountered COPLIN, he was seen removing a handgun from a concealed holster located in his front waistband. Special agents ordered COPLIN to drop the weapon at which time he complied. The handgun in COPLIN's possession was a .40 caliber Taurus handgun loaded with four (4) live rounds, including one (1) live round in the chamber. PALMER III and COPLIN were transported to the HSI Del Rio office for interviews. A third co-conspirator, Joshua Ruben OLIVENCIA, was later taken into custody by special agents at the Holiday Inn hotel in Del Rio. OLIVENCIA was also transported to the HSI Del Rio office for interview.

During a post-Miranda interview, PALMER III admitted to his knowledge and involvement in the narcotic importation scheme. PALMER III stated he was contacted by COPLIN approximately five (5) days ago and asked to assist in a narcotic importation scheme. PALMER III stated COPLIN asked him to locate a narcotic load driver. PALMER III stated he contacted ORTIZ and offered her the job, to which she agreed. PALMER III stated he travelled to Piedras Negras with ORTIZ on the night of July 31, 2020. PALMER III stated, on the morning of August 1, 2020, he escorted ORTIZ to a location where the Honda Civic was loaded with methamphetamine. PALMER III stated he did not discuss payment with COPLIN but stated he knew COPLIN "would take care of him".

During a post-Miranda interview, COPLIN admitted to being in possession of the .40 caliber Taurus handgun. COPLIN also stated he did not wish to provide consent for search of his cell phone because it would confirm how he obtained the firearm. Special agents conducted records checks which revealed COPLIN is a convicted felon. COPLIN was convicted on July 13, 2015 by the Texas Department of Criminal Justice in Huntsville, Texas for MAN/DEL CS PG 1 of the Texas Penal Code, a Felony – 2nd Degree.

During a post-Miranda interview, OLIVENCIA admitted to his knowledge and involvement in the narcotic importation scheme. OLIVENCIA stated he travelled to Del Rio with COPLIN in the Honda Civic on July 31, 2020. OLIVENCIA stated he and COPLIN met ORTIZ and PALMER III who were already in Del Rio at the Holiday Inn hotel. OLIVENCIA stated he gave PALMER III $18,500.00 USD for PALMER III to take to Piedras Negras in order to purchase three (3) kilograms of methamphetamine. OLIVENCIA stated he knew the narcotic load contained approximately "ten to twenty" kilograms of methamphetamine.

The facts of the case were presented to AUSA John Kennedy who accepted federal prosecution against ORTIZ, PALMER, and OLIVENCIA for violation of Title 21 USC § 963, Conspiracy to Import Methamphetamine. AUSA John Kennedy also accepted federal prosecution against COPLIN for violation of Title 18 USC § 922(g)(1), Possession of a Firearm by a Prohibited Person.